IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: _____

JOSE C. BENITEZ, on behalf of
Himself and on behalf of all others
similarly situated,

    Plaintiff,

vs.

FGO DELIVERS, LLC d/b/a
FGO LOGISTICS, LLC,

    Defendant.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant FGO Delivers, LLC d/b/a FGO Logistics, LLC, ("Defendant") removes this action from the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division. As grounds for removal and for no other purpose, Defendant states:

1. On or about December 22, 2020, Plaintiff Jose C. Benitez ("Plaintiff") commenced an action in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, captioned *Jose C. Benitez, on behalf of himself and on behalf of all others similarly situated v. FGO Delivers, LLC d/b/a FGO Logistics, LLC;* Case No. 2020-CA-009922 (the "State Court Action").

2. Defendant was served with the Summons and Complaint in the State Court Action on December 30, 2020.

3. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendant is required by law to remove this action is January 29, 2021. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida is located within the Middle District of Florida. Local Rule 1.02(b)(4). Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. §1441(a).

5. In accordance with 28 U.S.C. §1446(a) and Local Rule 4.02(b), a copy of the entire court file in the State Court Action, including all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as Exhibit A. Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6. Upon filing this Notice of Removal, Defendant has provided written notice to Plaintiff's counsel and filed a copy of this Notice of Removal with the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, as required by 28 U.S.C. §1446(d). Attached to this Notice as Exhibit B is a copy of the Notice of Defendant's Notice of Removal to Federal Court which was filed in the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

### This Court Has Original Federal Question Jurisdiction Over Plaintiff's Complaint

7. This Court has original jurisdiction over Plaintiff's Complaint because it alleges disclosure and notice violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(2) and 15 U.S.C. § 1681b(b)(3)(A). Pursuant to 28 U.S.C. § 1441(a), "[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed

by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

WHEREFORE, Defendant hereby gives notice pursuant to 28 U.S.C. § 1446 of the removal of this action from the Circuit Court for the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and requests that all further proceedings be conducted in this Court as provided by law.

Dated: January 28, 2021         Respectfully submitted,

By: */s/ Cathy M. Stutin*
　　Cathy M. Stutin
　　Florida Bar No. 0865011
　　FISHER & PHILLIPS LLP
　　450 East Las Olas Boulevard, Suite 800
　　Fort Lauderdale, Florida 33301
　　Telephone (954) 525-4800
　　Facsimile (954) 525-8739
　　cstutin@fisherphillips.com
　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on **January 28, 2021**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    */s/ Cathy M. Stutin*
                                    Cathy M. Stutin, Esq.

### Service List

Brandon J. Hill
Wenzel Fenton Cabassa
1110 N. Florida Avenue, Suite 300
Tampa, FL  33602
Direct:  (813) 337-7992
Tel:  (813) 224-0431
Fax:  (813) 229-8712
bhill@wfclaw.com
gnichols@wfclaw.com

*Attorneys for Plaintiff*